# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY MARTIN, | Case No.: 1:12-cv-01220-SKO |
| Plaintiff, | **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | (Docket No. 3) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Ray Martin filed a complaint on July 26, 2012, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1, 3.) Plaintiff's application to proceed *in forma pauperis* demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2. The Clerk of Court is DIRECTED to issue the following:

    a. A summons; and

       b.    New Social Security Case Documents including Social Security USM-285 Forms;

3. The United States Marshal shall serve a copy of the complaint, summons, and this order upon the defendant as directed by Plaintiff in the USM-285 Form.

IT IS SO ORDERED.

Dated:   July 30, 2012                                      /s/ Sheila K. Oberto
                                                                UNITED STATES MAGISTRATE JUDGE