# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY MARTIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:12-cv-01220-SKO<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Docket No. 3) |

Plaintiff Ray Martin filed a complaint on July 26, 2012, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 3.)  Plaintiff's application to proceed *in forma pauperis* demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1.　Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2.　The Clerk of Court is DIRECTED to issue the following:

　　a.　A summons; and

      b.    New Social Security Case Documents including Social Security USM-285 Forms;

3.    The United States Marshal shall serve a copy of the complaint, summons, and this order upon the defendant as directed by Plaintiff in the USM-285 Form.

IT IS SO ORDERED.

**Dated:**   **July 30, 2012**                                /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE