# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER ROY MARTIN,<br><br>   Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant. | Case No.: 1:12-cv-01220-SKO<br><br>**ORDER FOR CLARIFICATION OF ELECTION TO CONSENT OR REQUEST REASSIGNMENT** |

  On August 13, 2012, Plaintiff Walter Roy Martin ("Plaintiff") filed the "consent to assignment or request for reassignment" form that parties are required to file indicating whether they consent to the jurisdiction of the United States Magistrate Judge. Plaintiff inadvertently signed both portions of the form, simultaneously indicating both his consent *and* his declination to the jurisdiction of the United States Magistrate Judge. (Doc. 10.) As such, it is not clear whether Plaintiff has consented to the Magistrate Judge for all purposes.

Accordingly, IT IS HEREBY ORDERED that:

1. **Within 14 days from the date of this order,** Plaintiff shall refile a "consent to assignment or request for reassignment" form, signing only one portion of the form indicating whether Plaintiff wishes to consent to the United States Magistrate Judge or whether Plaintiff requests reassignment to a United States District Judge; and

2. The Clerk of the Court is DIRECTED to reserve Plaintiff with the "consent to assignment or request for reassignment" form.

IT IS SO ORDERED.

**Dated:   August 29, 2012**                    /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE

2