# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER ROY MARTIN, | Case No.  1:12-cv-01220-LJO-SKO |
| Plaintiff, | |
| v. | **ORDER THAT PARTIES FILE A STATUS UPDATE** |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

    Pursuant to the scheduling order in this case, Plaintiff was to serve on the Commissioner (but not file with the Court), a confidential letter brief within 30 days of service of the administrative record as described in the informational order issued on July 31, 2012.  The administrative record was served on Plaintiff on April 16, 2013. (Doc. 20.)  Thus, Plaintiff was required to serve his confidential letter brief on the Commissioner no later than May 20, 2013.

    The Court orders that the parties each file a status update indicating whether confidential briefs have been exchanged by the parties.  If the parties have not exchanged confidential briefs as

1 required, the parties are to inform the Court why that party failed to comply with the Court's
2 scheduling order.
3     Accordingly, IT IS HEREBY ORDERED that the parties file a statement **on or before**
4 **July 30, 2013**, regarding whether confidential briefs have been exchanged and explaining any
5 failure to serve a confidential brief in accordance with the scheduling order.

IT IS SO ORDERED.

Dated:   **July 15, 2013**                              **/s/ Sheila K. Oberto**
                                                 UNITED STATES MAGISTRATE JUDGE