# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER ROY MARTIN, | Case No. **1:12-cv-01220-LJO-SKO** |
| Plaintiff, | |
| v. | **ORDER REGARDING SERVICE OF PLAINTIFF'S CONFIDENTIAL LETTER BRIEF** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

On July 15, 2013, the parties were ordered to file a status update regarding whether confidential briefs had been exchanged. (Doc. 21.) On July 24, 2013, Plaintiff filed a status update indicating he believed that the Commissioner was served and received a brief. (Doc. 22.) On July 31, 2013, the Commissioner filed an amended status report indicating that he had not received a Confidential Letter Brief from Plaintiff. Although the Commissioner's counsel, Jeffrey Chen, has attempted to reach Plaintiff by telephone, counsel was unsuccessful. Mr. Chen indicated that he would attempt to contact Plaintiff by mail at his listed address to clarify any

potential misunderstanding and request another copy of the Confidential Letter Brief.

Plaintiff's status report indicated that he was uncertain as to the status of his case. As set forth in the Court's July 31, 2012, informational order, before the parties file briefs, they must try to resolve the case informally. The process for doing so was set forth as follows:

> In this process, the parties must exchange informal briefs in the form of letters about the case to see if they can agree that the case should be sent back, or "remanded," to the Social Security Administration for a further hearing by an administrative law judge.
>
> In the letter brief, Plaintiff must briefly set forth (1) the issues in the case, (2) the reasons why Plaintiff thinks that Plaintiff is entitled to Social Security benefits, and (3) why the decision to deny benefits should be remanded.
>
> The letter brief must be marked "Confidential Letter Brief," should not be filed with the Court, and must be served on Defendant **within thirty (30) days from the date Defendant served Plaintiff with the administrative record, by mailing copies to all the attorneys listed on the court docket as representing Defendant**, Commissioner of Social Security, at the addresses noted on the court docket.

(Doc. 7, 3:19-4:2.)

It is this Confidential Letter Brief that the Commissioner indicates he has not received from Plaintiff. The parties are ordered to meet and confer regarding the Confidential Letter Brief **by no later than August 30, 2013**, either by letter or by telephone. However, Plaintiff is informed that the Commissioner does not have a current telephone number to reach Plaintiff. Plaintiff is further informed that, as set forth on the docket, the Commissioner's counsel can be contacted as follows:

> Social Security Administration
> 160 Spear Street
> Suite 800
> San Francisco, California, 94105
> (415) 977-8939
> Email: Jeffrey.Chen@ssa.gov

If Plaintiff has not yet mailed to the Commissioner a Confidential Letter Brief as described above, he should do so **no later than August 30, 2013**. The parties shall file updated status reports regarding service of Plaintiff's Confidential Letter Brief **by no later than September 6,**

**2013.**

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall meet and confer either by telephone or through letter correspondence **on or before August 30, 2013**, regarding Plaintiff's service of the Confidential Letter Brief;

2. If Plaintiff has not yet served a Confidential Letter Brief on the Commissioner, he shall serve the Brief by **no later than August 30, 2013**; and

3. The parties shall file updated status reports regarding service of Plaintiff's Confidential Letter Brief **no later than September 6, 2013.**

IT IS SO ORDERED.

Dated:   **August 21, 2013**                                **/s/ Sheila K. Oberto**
                                                          UNITED STATES MAGISTRATE JUDGE

3