# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER ROY MARTIN,<br><br>         Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>         Defendant.<br>_____/ | Case No. 1:12-cv-01220-LJO-SKO<br><br>**ORDER THAT PLAINTIFF FILE AN OPENING BRIEF BY NO LATER THAN NOVEMBER 15, 2013, OR SHOW CAUSE WHY THE CASE SHOULD NOT BE RECOMMENDED FOR DISMISSAL** |

On July 15, 2013, the parties were ordered to file a status update regarding whether confidential briefs had been exchanged. (Doc. 21.) On July 24, 2013, Plaintiff filed a status update indicating he believed that the Commissioner was served with, and had received, a brief. (Doc. 22.) On July 31, 2013, the Commissioner filed an amended status report indicating that he had not received a confidential letter brief from Plaintiff. Although the Commissioner's counsel, Jeffrey Chen, attempted to reach Plaintiff by telephone, counsel was unsuccessful. Mr. Chen indicated that he would attempt to contact Plaintiff by mail at his listed address to clarify any potential misunderstanding and request another copy of the confidential letter brief.

On September 6, 2013, Mr. Chen filed a status updated on behalf of the Commissioner indicating that he had successfully contacted Plaintiff and had received a confidential letter brief from Plaintiff on August 19, 2013. (Doc. 26.)  As such, Mr. Chen represented that the Commissioner would serve a responsive confidential letter brief on Plaintiff by September 23, 2013. (Doc. 26.)

On September 23, 2013, the Commissioner filed a certificate of service indicating that a responsive confidential letter brief was served on Plaintiff on September 23, 2013, by mail. Pursuant to the scheduling order (Doc. 6) and the informational order (Doc. 7), if the parties did not agree to remand the case, Plaintiff' was required to file an opening brief with the Court within 30 days from the date of service of the Commissioner's confidential letter brief.  Therefore, in the absence of a stipulation for remand, Plaintiff's opening brief was to be filed with the Court no later than October 28, 2013.  Plaintiff failed to file an opening brief.

Accordingly, IT IS HEREBY ORDERED that:

**1.     On or before November 15, 2013, Plaintiff shall:**

    a.   File an opening brief; **or**

    b.   File a statement showing cause why the action should not be recommended for dismissal due to Plaintiff's failure to file an opening brief; and

2.     If Plaintiff fails to take any action by November 15, 2013, this case will be recommended for dismissal for failure to comply with the Court's orders.

IT IS SO ORDERED.

Dated:   **November 5, 2013**              **/s/ Sheila K. Oberto**
                                                      UNITED STATES MAGISTRATE JUDGE